AO 91 (Rev 82/09) District Complaint
United States District Court
Southern District of Texas

FILED
OCT 08 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| -01 Ana RODRIGUEZ-SANDOVAL  YOB: 1989 | ) | Case No. M-19-2423-M |
| -02 Ramiro RODRIGUEZ-SANDOVAL  YOB: 1996 | ) | |
| COB: United States | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __10/07/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __Title 18__ U. S. C. § __924(a)(1)(A) and 2(a)__, an offense described as follows:

Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

Approved AUSA [signature]
10-8-19

_____
*Complainant's signature*

Joshua Wedesky, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/19 - 7:56 a.m.

_____
*Judge's signature*

City and state: McAllen, TX

Juan Alanis, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Ana RODRIGUEZ-SANDOVAL (hereinafter referred to as "Ana RODRIGUEZ-SANDOVAL") and Ramiro RODRIGUEZ-SANDOVAL (hereinafter referred to as "Ramiro RODRIGUEZ-SANDOVAL"), with the criminal violation set forth in Attachment A. The evidence available to me demonstrates that there is probable cause that Ramiro RODRIGUEZ-SANDOVAL aided and abetted Ana RODRIGUEZ-SANDOVAL in violating Title 18 U.S.C. Section 924(a)(1)(A) which provides as follows: Whoever, knowingly makes any false statement or representation with respect to the information required to be kept in the records of a federal firearms licensee (FFL).

Further, the Affiant states as follows:

On or about October 7, 2019, ATF agents, to include your affiant, were conducting surveillance in the area of a Federal Firearms Licensee (FFL) located in Hidalgo County, Texas when agents received information that a female, later identified as Ana RODRIGUEZ-SANDOVAL, was believed to be conducting a straw purchase of an AR-15 type rifle.

ATF agents observed Ana RODRIGUEZ-SANDOVAL leave the FFL carrying a rifle box. ATF agents maintained surveillance once Ana RODRIGUEZ-SANDOVAL departed from the FFL in a vehicle driven by an individual later identified as Ramiro RODRIGUEZ-SANDOVAL. Agents made consensual contact with Ana RODRIGUEZ-SANDOVAL when the vehicle driven by Ramiro RODRIGUEZ-SANDOVAL parked at a residence.

During the interview of Ana RODRIGUEZ-SANDOVAL, Ana RODRIGUEZ-SANDOVAL voluntarily stated that she had purchased the AR-15 style rifle for her brother, Ramiro RODRIGUEZ-SANDOVAL, and that the firearm was not for her. Ana RODRIGUEZ-SANDOVAL stated that her brother had asked her to purchase the firearm for him because he (Ramiro RODRIGUEZ-SANDOVAL) did not have his license. Ana RODRIGUEZ-SANDOVAL admitted to making a false statement on ATF Form 4473 when she indicated that she was the actual purchaser when in fact, she was purchasing the firearm for Ramiro RODRIGUEZ-SANDOVAL.

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

During a Post-Miranda interview of Ramiro RODRIGUEZ-SANDOVAL, Ramiro RODRIGUEZ-SANDOVAL stated that he provided five-hundred dollars to his sister, Ana RODRIGUEZ-SANDOVAL, to purchase the firearm which was to be used for his protection.

_____
Joshua Wedesky, ATF Special Agent

Sworn to before me and subscribed in my presence,

_____   10/8/19 — 7:56 A.M.
Juan Alanis, U.S. Magistrate Judge